UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC F. JONES | CIVIL ACTION |
| VERSUS | NO. 04-2392 |
| ENTERGY LOUISIANA, INC. | SECTION "N" (4) |

## O R D E R

Given the Court's rulings in its July 20, 2006 Order and Reasons (Rec. Doc. No. 143), **IT IS ORDERED** that the Orders designated in the record as Rec. Doc. Nos. 137 and 139 are vacated, and that the revised opposition memorandum designated as Rec. Doc. No. 135 shall be treated only as an attachment to the motion for leave to file designated as Rec. Doc. No. 136.

New Orleans, Louisiana, this __27th__ day of July 2006.

_____
**KURT D. ENGELHARDT**
**United States District Judge**