FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 31  AM 9: 03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC F. JONES | CIVIL ACTION |
| VERSUS | NO. 04-2392 |
| ENTERGY LOUISIANA, INC. | SECTION "N" (4) |

## JUDGMENT

For the reasons set forth in the Court's Order and Reasons dated July 25, 2006; accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendant, Entergy Louisiana, Inc., and against plaintiff, Eric F. Jones, dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana, this 28th day of July, 2006.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

___ Fee___
___ Process___
 X  Dktd___
___ CtRmDep___
___ Doc. No.___