FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -6  AM 11: 38

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC F. JONES | CIVIL ACTION |
| VERSUS | NO. 04-2392 |
| ENTERGY LOUISIANA, INC. | SECTION "N" (4) |

## O R D E R

Having considered the parties' submission, **IT IS ORDERED** that Plaintiff's "Motion to Have Each Party Bear Its Own Costs" (Rec. Doc. No. 154-1) is **DENIED**. Plaintiff has not overcome the presumption in Rule 54(d)(1) in favor of awarding costs to the prevailing party. *See* Fed. R. Civ. P. 54(d)(1); *see also, e.g., Reuther v. Smith*, 2003 WL 22174275, No. 01-3625 (E.D. La.); *Zatarain v. WDSU Television, Inc.*, 1996 WL 3918, No. 94-1018 (E.D. La.)

New Orleans, Louisiana, this 6th day of October 2006.

**KURT D. ENGELHARDT**
**United States District Judge**